UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| STEVEN DUNCAN,<br><br>                Petitioner,<br><br>vs.<br><br>BOB DOOLEY; and THE ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA;<br><br>                Respondents. | 4:17-CV-04141-KES<br><br>ORDER FOR SERVICE |

Petitioner, Steven Duncan, an inmate at the Mike Durfee State Prison in Springfield, South Dakota, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis.

Based upon the record,

IT IS ORDERED that:

(1) Mr. Duncan's motion to proceed in forma pauperis (Docket No. 2) is granted. Mr. Duncan shall pay the $5.00 filing fee on or before November 6, 2017.

(2) the Clerk of Court is directed to serve upon the respondents and the Attorney General of the State of South Dakota a copy of the petition and this order;

(3) respondents will file and serve a response to the petition within thirty (30) days after receipt of this order. Respondents shall also file the complete state court records in Mr. Duncan's state court case, as well as any and all state habeas cases.

DATED this 6th day of October, 2017.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge